# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM MAYFIELD**                                                                                     **PETITIONER**

**VS.**                              **NO. 4:24-CV-00206-BRW-ERE**

**DEXTER PAYNE, Arkansas Division**
**of Correction**                                                                                        **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (*Doc. 1*) is DENIED, and this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of May, 2024.


                                                                          BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE